IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARK PARRISH,

Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

**8:26CV238**

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 16. Defendant seeks a 30-day extension, from September 23, 2026, to October 23, 2026, to file his Motion to Affirm because workload demands prevent SSA agency counsel from providing necessary support under the current deadline. Filing 16 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 16 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time,https://ecf.ned.uscourts.gov/doc1/11315870013 Filing 16, is granted. Defendant shall have to and including October 23, 2026, to file his Motion to Affirm.

Dated this 14th Day of September, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge